Submitted January 19, affirmed August 4, petition for review denied December 23, 2021 (369 Or 110)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GARY DUANE LAIRD,
*Defendant-Appellant.*

Multnomah County Circuit Court
15CR21662; A170254

492 P3d 763

Gregory F. Silver, Judge.

Ryan T. O'Connor and O'Connor Weber LLC filed the brief for appellant.

Ellen R. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Laird*, 312 Or App 263, 487 P3d 878 (2021); *State v. Laird*, 300 Or App 403, 450 P3d 1052 (2019), *rev den*, 366 Or 382 (2020).